UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOES 1 THROUGH 22,<br><br>Plaintiffs,<br><br>v.<br><br>OMEGA COMPLIANCE SOLUTIONS, LLC, et al.,<br><br>Defendants. | Case No.:  25cv3613-JES-JLB<br><br>**ORDER REGARDING MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

Before the Court is Plaintiffs' motion to proceed under pseudonyms and for a protective order. ECF No. 3. In the motion, Plaintiffs request that they be permitted to proceed under the John Doe pseudonyms in all public filings and proceedings and that disclosure of their identities be limited to Defendants' counsel on an attorneys' eyes only basis. *Id.*

At this time, no Defendants have yet appeared in the case, and have not yet have an opportunity to respond to the motion.  Given the relief requested, the Court declines to rule on this motion on an ex parte basis without an opportunity for Defendants to respond. Accordingly, the Court will temporarily grant to the motion and allow Plaintiffs to proceed

//

//

as Does.  Once Defendants appear in the case, the Court will set a further briefing schedule regarding the motion.

**IT IS SO ORDERED**.

Dated: January 13, 2026

Honorable James E. Simmons Jr.
United States District Judge