UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOHN DOES 1 THROUGH 29,

Plaintiffs,

v.

OMEGA COMPLIANCE SOLUTIONS, LLC, et al.,

Defendants.

Case No.: 3:25-cv-3613-JES-JLB

**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO RESTRICT PUBLIC ACCESS TO ECF NO. 78-1**

**[ECF No. 79]**

On October 3, 2026, Plaintiffs filed their Notice of Written Consents pursuant to 29 U.S.C. § 216(b). ECF No. 78. The next day, on October 4, 2026, Plaintiffs filed an ex parte motion to temporarily restrict access to this document. ECF No. 79.

When this case was initially filed, Plaintiffs John Does 1 through 22 at the time sought to proceed under pseudonyms, citing concerns about retaliation and harassment. ECF No. 3. The Court temporarily granted the motion, but deferred a final ruling because no Defendants had been served at that time and therefore, did not have an opportunity to respond to Plaintiffs' request. ECF No. 9.

In the instant ex parte motion, Plaintiffs state that in their filing of the Notice of Written Consents, several of the signatures of the John Does are discernible and therefore,

identifiable from the current filing. ECF No. 79 at 4. They request that the Court temporarily restrict access to it.

Good cause appearing, the Court **GRANTS** the motion and **TEMPORARILY RESTRICTS** public access to the Notice of Written Consents, ECF No. 78-1. In addition, the Court **ORDERS** the parties to meet and confer regarding whether the case should proceed using pseudonyms and submit a joint status report to the Court by **October 28, 2026** regarding their respective positions and a proposal for further briefing to the Court if necessary.

**IT IS SO ORDERED**.

Dated: October 14, 2026

Honorable James E. Simmons Jr.
United States District Judge